**F. P. McCLOSKEY, Appellant, v. O. O. LUTER et al., Appellees.**

No. 10111.

Court of Civil Appeals of Texas. San Antonio.

July 21, 1937.

S. Engelking, of San Antonio, for appellant.

J. I. Kercheville and Harry Hertzberg, both of San Antonio, for appellees.

SLATTON, Justice.

This case is affirmed without written opinion. Associated Indemnity Corporation, et. al., v. Gatling, 75 S.W.(2d) 294, and authorities there cited.

**E. M. ZERR & COMPANY, Appellant, v. The ATASCOSA COUNTY FARMER'S COOPERATIVE SOCIETY OF PLEASANTON, Appellee.**

No. 10110.

Court of Civil Appeals of Texas. San Antonio.

July 21, 1937.

Rehearing Denied Aug. 18, 1937.

John P. Pfeiffer, of San Antonio, for appellant.

H. D. Barrow, of Jourdanton, and E. B. Simmons, of San Antonio, for appellee.

SLATTON, Justice.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

**INTERNATIONAL SHOE COMPANY, Appellant, v. H. SHOOR, Appellee.**

No. 10100.

Court of Civil Appeals of Texas. San Antonio.

July 7, 1937.

Rehearing Denied Aug. 4, 1937.

Harry Hertzberg and Walter Loughridge, both of San Antonio, for appellant.

S. C. Eldridge, of San Antonio, for appellee.

SMITH, Chief Justice.

Affirmed on authority of text and cases cited in support thereof in 28 Tex.Jur. p. 261, § 163.